UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LARRY AYO                                                                CIVIL ACTION

VERSUS                                                                   NO. 16-9704

WALMART                                                                  SECTION "F" (1)

## **J U D G M E N T**

For the written reasons of the Court on file herein, accordingly;

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendant, Wal-Mart Louisiana, LLC and against plaintiff, Larry Ayo, dismissing plaintiffs suit with prejudice.

New Orleans, Louisiana, this   6th   Day of February, 2017.

_____
UNITED STATES DISTRICT JUDGE